## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRYSTAL LEE,<br>individually and on behalf of all others<br>similarly situated,<br>    *Plaintiff*,<br><br>v.<br><br>INSIDER, INC.,<br>    *Defendant*. | Case No.: 22-cv-10771 |

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, Crystal Lee, by and through counsel, and hereby dismisses this matter with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). No answer or motion for summary judgment has been served by the opposing party.

WHEREFORE, Plaintiff dismisses this matter with prejudice and asks that this Court strike all future hearings and close the matter.

Respectfully submitted,

Dated: February 17, 2023

By: */s/ Jason J. Kane*
Jason J. Kane
**PEIFFER WOLF CARR KANE**
**CONWAY & WISE LLP**
95 Allens Creek Road
Building 1, Suite 150
Rochester, NY 14618
Ph: 585-310-5140
Email: jkane@peifferwolf.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will provide notice and allow access to all counsel of record.

*/s/ Jason J. Kane*